# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| MICHAEL D. SLAY, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-00039 |
| AMERICAN HOMEPATIENT, INC., | Honorable Judge Kathleen B. Burke |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAEL D. SLAY and the Defendant, AMERICAN HOMEPATIENT, INC. through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice with leave to reinstate within 60 days. After 60 days, the dismissal shall become with prejudice, with each party shall bear its own costs and attorneys' fees.

Dated: October 9, 2019                                   Respectfully Submitted,

**MICHAEL D. SLAY**                                   **AMERICAN HOMEPATIENT, INC.**

*/s/Alexnader J. Taylor*                                */s/ Molly A. Arranz (with consent)*
Alexander J. Taylor, *Of Counsel*           Molly A. Arranz
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, Ltd.                         SmithAmundsen, LLC
2500 S. Highland Ave., Ste. 200               150 N. Michigan Avenue, Ste. 3300
Lombard, Illinois 60148                             Chicago, Illinois 60601
Phone: (630) 575-8181                              Phone: (312) 894-3200
ataylor@sulaimanlaw.com                       MArranz@salawus.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

>*/s/ Alexander J. Taylor*
>Alexander J. Taylor